IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEGGY JEAN MILLS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 17-1083 |

## ORDER

J. CURTIS JOYNER, J.

AND NOW, this 7th day of December, 201 , upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

2. The matter shall be remanded for a detailed discussion of the evidence regarding Mills' fibromyalgia.

BY THE COURT:

J. CURTIS JOYNER, J.